## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **Jennifer Andrews,** | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-11169** |
| | ) | |
| **NASCAR Enterprises LLC,** *et al.***,** | ) | **Hon. F. Kay Behm** |
| | ) | |
| *Defendant.* | ) | **Magistrate Judge Elizabeth A. Stafford** |

### ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Considering the Unopposed Motion to Extend Discovery and Dispositive Motion Deadlines filed by Defendants NASCAR Enterprises LLC, Michigan Internation Speedway, LLC, and Jerry Pollard, the Court being fully advised:

**IT IS HEREBY ORDERED**, that said Motion is granted, and the Court extends the discovery deadline from April 28, 2026 to May 28, 2026 and the dispositive motion deadline from June 29, 2026 to July 13, 2026.

**SO ORDERED.**

Date: April 23, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge